Writ of error dismissed on motion of counsel for Defendant in Error.

*Chas. H. Crim,* for Plaintiff in Error.

*W. F. Maurer,* for Defendant in Error.

Harry Williams, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error dismissed on motion of counsel for Defendant in Error.

*George M. Okell,* for Plaintiff in Error.

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

George W. Scroggins, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error dismissed on motion of counsel for Defendant in Error.

*Rollo E. Karkett,* for Plaintiff in Error.

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

Anna A. Krivitsky, Plaintiff in Error, v. Ruth W. Gerlach, Defendant in Error.

Writ of error dismissed on motion of Defendant in Error.

*Anna A. Krivitsky* and *J. Tom Watson,* for Plaintiff in Error.

*Burton G. Henson,* for Defendant in Error.